IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                            CASE NO.: 5:98cr02-SPM

ISRAEL HERNANDEZ,

    Defendant.
_____/

**ORDER DENYING MOTION TO PRESERVE
RIGHT TO CHALLENGE DRUG AMOUNTS**

Pending before the Court is Defendant Israel Hernandez's Motion to Preserve the Right to Challenge Drug Amounts (doc. 181). Defendant has already been sentenced and he has pending a 2255 motion to allow for a belated appeal. If the 2255 motion is granted, the issue of preservation would properly be addressed by the appellate court. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Preserve the Right to Challenge Drug Amounts (doc. 181) is denied without prejudice to Defendant's opportunity to raise the issue if he is granted a belated appeal.

DONE AND ORDERED this 17th day of January, 2006.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge