IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 5:98cr02-SPM

ISRAEL HERNANDEZ,

    Defendant.
_____/

**ORDER DENYING MOTIONS FOR CREDIT FOR TIME SERVED AND**
**FOR RECOMMENDATION OF CONCURRENT SERVICE OF SENTENCE**

    This cause comes before the Court on Defendant's motions (docs. 183 and 184) through which he seeks a reduction of his 10-year federal sentence to account for time served prior to sentencing on an undischarged term of imprisonment from Mexico.

    Once a sentence is imposed, the Court has jurisdiction to reduce the sentence only for the limited circumstances listed in Rule 35, Federal Rules of Criminal Procedure.  Defendant's motions do not fall within the scope of Rule 35.  Accordingly, it is

    ORDERED AND ADJUDGED that Defendant's motions (docs. 183 and 184) are denied.

    DONE AND ORDERED this 10th day of July, 2007.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge