IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 5:98cr2-SPM

ISRAEL HERNANDEZ,
        Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated July 26, 2007 (doc. 188).  Defendant requested and was granted an extension of time to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed, however. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 188) is ADOPTED and incorporated by reference in this order.

2. Defendant's amended motion to vacate (doc. 175) and motion for discovery (doc. 179) are denied..

DONE AND ORDERED this 24th day of October, 2007.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           United States District Judge